# United States District Court
## Southern District of Georgia

LARRY TYNDALL,

    Plaintiff,

V.

COMPANION SECURITY GROUP, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-017

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of Court dated June 2, 2021, Defendant Companion Security Group, LLC's motion to consolidate related cases is granted. Therefore, case number 1:21-cv-017 is consolidated into case number 1:21-cv-016. Judgment is hereby entered, and case number 1:21-cv-017 stands closed.

June 21, 2021
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Candy Asbell*
*(By) Deputy Clerk*